# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

                        v.                                              Crim. No. 5:15-MJ-1672-1

MARCUS R. SLOAN

      On June 1, 2016, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                I declare under penalty of perjury that the foregoing
                                                                                 is true and correct.

/s/ Eddie J. Smith                                                    /s/ Marla Bianco
Eddie J. Smith                                                         Marla Bianco
Supervising U.S. Probation Officer                 U.S. Probation Officer
                                                                          310 Dick Street
                                                                          Fayetteville, NC 28301-5730
                                                                          Phone: 910.354.2535
                                                                          Executed On: February 26, 2017

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated: February 28, 2017

_____
Robert T. Numbers, II
United States Magistrate Judge